UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARED ANTHONY WINTERER,

    Plaintiff,

v.

ROBIN SMITH, L. GILLIVER and RACHEL SYMON,

    Defendants.

Case No. 2:21-cv-734-JLR-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice and with leave to re-file; and

(3) The Clerk is directed to close the case.

Dated this 22 day of October, 2021.

James L. Robart
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1